IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CORNELL BERNARD MAXWELL,

     Appellant,

v.
                                      Case No. 5D22-42
                                      LT Case No. 2021-102105-CFDL

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed September 13, 2022

Appeal from the Circuit Court
for Volusia County,
James R. Clayton, Judge.

Matthew J. Metz, Public Defender, and
Victoria Rose Cordero, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Allison L. Morris, Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., EISNAUGLE and HARRIS, JJ., concur.